# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## District of Kansas

Case Number: 2:19-CV-02065

Plaintiff/Petitioner:
**ESURANCE INSURANCE COMPANY**

vs.

Defendant/Respondent:
**CHRISTY STREETER, et al.**

Received by HPS Process Service & Investigations to be served on **Christy Streeter, 12072 Southwest Mockingbird Road, Andover, KS 67002**.

I, GRACE HAZELL, do hereby affirm that on the **3rd day of March, 2019** at **8:05 pm**, I:

SUBSTITUTE SERVED this **Summons in a Civil Action; and Plaintiff Esurance Company's Second Amended Complaint for Declaratory Judgment** to **Justin Streeter** as SPOUSE of the within named defendant at **12072 Southwest Mockingbird Road, Andover, KS 67002**, their shared residence.

I am over the age of eighteen, and have no interest in the above action.

**GRACE HAZELL**
Process Server

**HPS Process Service & Investigations**
www.hpsprocess.com
**1669 Jefferson**
**Kansas City, MO 64108**
**(800) 796-9559**

Our Job Serial Number: HAT-2019003502

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.0h