Civil Action No. 2:19-cv-02065

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Michael Dexter__
was received by me on *(date)* __March 5, 19__.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* __Chery Dexter, Step mother__, a person of suitable age and discretion who resides there,
on *(date)* __3-22-19__, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __3-22-19__

__Brent Kirt__
*Server's signature*

__Brent Kirkhart__
*Printed name and title*

__2982 Jack Circle, Salina, Ks__
*Server's address*

Additional information regarding attempted service, etc:

Attempted on March 8, 19 @ 4:40pm - No one home
Attempted on March 14, 19 @ 6:20pm - No one was home. And Roads were Real muddy and about got stuck. There was lots of snow & rain. Won't be able to get down the Road until it dries up.
Finally able to get down the Road on March 22, 19 @ 12:45pm A Cheryl Dexter answered the door. She said that Michael wasn't there. She said he is a traveling RN and he is in California now. She said he won't be back until the end of April/first of May. She does send his mail to him. Gave Documents to her and she said she will mail them to him. Received permission from original server, D&B Legal Services.